

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00097-CV

Laura Zamora **BERINGER**,
Appellant

v.

Michael **BERINGER**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2017FLB001191C1
Honorable Hugo Martinez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the final divorce decree is AFFIRMED. It is ORDERED that appellee Michael Beringer recover his costs of this appeal from appellant Laura Zamora Beringer.

SIGNED April 1, 2020.

_____
Patricia O. Alvarez, Justice